UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Bruce Brouillard,
    Petitioner

    v.                                    Civil No. 05-246-SM

United States of America,
    Respondent

**O R D E R**

Petitioner filed a Motion to Vacate Sentence Under 28 U.S.C. § 2255 on July 5, 2005.

Respondent shall file an answer or other pleadings on or before August 12, 2005.

    **SO ORDERED.**

                                        _____
                                        Steven J. McAuliffe
                                        Chief Judge

July 12, 2005

cc:  Peter E. Papps, Esq.
     Bruce Brouillard, pro se